IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk | Date: January 3, 2008 |
| Therese Lindblom, Court Reporter | |

Civil Action No. 06–cv–01448–EWN–MEH

| *Parties:* | *Counsel:* |
|---|---|
| TAMALA SINGER, | E. Scott Ray and Joseph Bloch |
| Plaintiff, | |
| v. | |
| THOMAS SCHIRMER, | Billy-George Hertzke |
| Defendant. | |

## COURTROOM MINUTES

**Trial Preparation Conference**

**3:53 a.m.** Court in session.

Discussion regarding pending motion in limine, #53.

Court's findings.

**ORDERED: 1. Defendant's Motions In Limine (#53, filed December 12, 2007) is DENIED. Mr. Peterson will not be permitted to testify as to the statements attributed to him.**

Discussion regarding remaining pending motions, #54 and #59.

Court's findings.

**ORDERED: 2.**     **Defendant's Motion to Exclude Rebuttal Expert Testimony of Stanley Gale (#54, filed December 17, 2007) is DENIED.**

**ORDERED: 3.**     **Plaintiff's Motions In Limine (#59, filed December 31, 2007) is GRANTED in part and DENIED in part; it is granted as to excluding Mr. Peterson's testimony.**

Counsel are directed to notify the court in the event of settlement.

**4:11 p.m.**     Court in recess.

Hearing concluded.

Total time in court: 00:18