# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01448-EWN-MEH

TAMALA SINGER,

    Plaintiff,

vs.

THOMAS SCHIRMER,

    Defendant.

## ORDER DISMISSING ACTION WITH PREJUDICE

    **THIS MATTER** comes before the Court on the parties' Stipulation for Dismissal With Prejudice, and the Court having reviewed the same and being fully advised in the premises, it is hereby

    **ORDERED** that this matter is dismissed with prejudice, each party to pay his own costs, expenses, and attorney's fees.

    **ENTERED** this 11th day of January, 2008.

                              **BY THE COURT:**

                              s/ Edward W. Nottingham
                              Chief United States District Judge